IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAVON FORD,　　　　　　　　　　: | CIVIL ACTION |
| 　　　　*Plaintiff*,　　　　　: | |
| 　　　　　　　　　　　　　　　　: | |
| v.　　　　　　　　　　　　　　　: | |
| 　　　　　　　　　　　　　　　　: | |
| COMMUNITY COLLEGE OF　　　　　 : | |
| PHILADELPHIA,　　　　　　　　　 : | |
| 　　　　*Defendant*.　　　　　: | NO. 23-cv-00971 |

# O R D E R

**AND NOW,** this 1st day of July 2024, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Chad F. Kenney
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**CHAD F. KENNEY, JUDGE**

Civ. 2 41.1(b) (3/18)